**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Matthew Allen EATON, Defendant— Appellant.**

**No. 10–50162.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 14, 2010.*

Filed Jan. 5, 2011.

Harold W. Chun, Assistant U.S., Nicole Acton Jones, Assistant U.S. Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Leila Wylie Morgan, Esquire, Trial, Federal Defenders Of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

MEMORANDUM **

Matthew Allen Eaton appeals from the 27–month sentence imposed following his guilty-plea conviction for conspiracy to transport stolen property in interstate and foreign commerce, in violation of 18 U.S.C. §§ 371 and 2314. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Eaton contends that the district court erred by imposing a two-level upward adjustment under U.S.S.G. § 3B1.4 for using a minor to commit a crime. The record reflects that the district court did not clearly err in finding that Eaton affirmatively used his children in the conspiracy. *See United States v. Castro–Hernandez*, 258 F.3d 1057, 1060–61 (9th Cir.2001).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.